IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) Chapter 7 |
|---|---|
| | ) |
| Joseph A. Skibinski, | ) Case No. 05-56004 |
| | ) |
| Debtor. | ) Hon. Jacqueline P. Cox |

NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
<u>HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   United States Bankruptcy Court
          219 South Dearborn Street
          Courtroom 619
          Chicago, Illinois 60604

    On:   **July 12, 2007**    Time:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court.  **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

    | | | |
    |---|---|---|
    | a. | Receipts | $5,728.09 |
    | b. | Disbursements | $0.00 |
    | c. | Net Cash Available for Distribution | $5,728.09 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| **APPLICANT** | **COMPENSATION PREVIOUSLY PAID** | **FEES NOW REQUESTED** | **EXPENSES** |
|---|---|---|---|
| <u>Ronald R. Peterson</u>  Trustee | $0.00 | $1,322.81 | $11.70 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $59,775.93 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.350082%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Chase Bank USA, N.A.<br>Acct. No. ************8224<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, #900<br>Seattle, WA  98121 | $6,616.87 | $486.35 |
| 2 | Chase Bank USA, N.A.<br>Acct. No. ************1743<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, #900<br>Seattle, WA  98121 | 20,273.75 | 1,490.14 |
| 3 | Carson Pirie Scott<br>Acct. No. 130-1165267991<br>c/o SMC, as agent for HSBC Bank Nevada, NA<br>P.O. Box 19249<br>Sugar Land, TX  77495 | 33.07 | 2.43 |
| 4 | American Express Centurion Bank<br>Acct. No. ************1004<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern PA  19355-0701 | 18,520.05 | 1,361.24 |

| 5 | Bank of America, N.A.<br>Acct. No. ************3300<br>Attn: Mr. M-BK<br>P.O. Box 53160<br>Phoenix, AZ 85072-03160 | 7,420.16 | 545.39 |
|---|---|---|---|
| 6 | Bank of America, N.A.<br>Acct. No. ************2079<br>Attn: Mr. M-BK<br>P.O. Box 53160<br>Phoenix, AZ 85072-03160 | 6,912.03 | 508.03 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

      0.00

Dated: **June 12, 2007**                      For the Court,

                                          **KENNETH S GARDNER**
                                          Kenneth S. Gardner
                                          Clerk of the U.S. Bankruptcy Court
                                          219 S. Dearborn Street, 7th Floor
                                          Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381