IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Joseph A. Skibinski, | ) | Case No. 05-56004 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: United States Bankruptcy Court
   219 South Dearborn Street
   Courtroom 619
   Chicago, Illinois 60604

   On: **July 12, 2007**    Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $5,728.09 |
   | b. | Disbursements | $0.00 |
   | c. | Net Cash Available for Distribution | $5,728.09 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $1,322.81 | $11.70 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $59,775.93 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.350082%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Chase Bank USA, N.A.<br>Acct. No. ************8224<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, #900<br>Seattle, WA 98121 | $6,616.87 | $486.35 |
| 2 | Chase Bank USA, N.A.<br>Acct. No. ************1743<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, #900<br>Seattle, WA 98121 | 20,273.75 | 1,490.14 |
| 3 | Carson Pirie Scott<br>Acct. No. 130-1165267991<br>c/o SMC, as agent for HSBC Bank Nevada, NA<br>P.O. Box 19249<br>Sugar Land, TX 77495 | 33.07 | 2.43 |
| 4 | American Express Centurion Bank<br>Acct. No. ************1004<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355-0701 | 18,520.05 | 1,361.24 |

| | | | |
|---|---|---|---|
| 5 | Bank of America, N.A.<br>Acct. No. ************3300<br>Attn: Mr. M-BK<br>P.O. Box 53160<br>Phoenix, AZ 85072-03160 | 7,420.16 | 545.39 |
| 6 | Bank of America, N.A.<br>Acct. No. ************2079<br>Attn: Mr. M-BK<br>P.O. Box 53160<br>Phoenix, AZ 85072-03160 | 6,912.03 | 508.03 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    0.00

Dated: **June 12, 2007**    For the Court,

    **KENNETH S GARDNER**
    Kenneth S. Gardner
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn Street, 7th Floor
    Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:    (312) 923-2981
FAX:    (312) 840-7381

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

6004   Doc 22   Filed 06/12/07   Entered 06/14/07 23:49:27   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Jun 12, 2007
Case: 05-56004                Form ID: pdf002          Total Served: 13

The following entities were served by first class mail on Jun 14, 2007.
db          +Joseph A Skibinski,   30 East Elm,   # 20 D,   Chicago, IL 60611-1013
aty         +Beth A Lehman,   Lehman & Fox,   6 E Monroe Suite 1004,   Chicago, IL 60603-2721
tr          +Ronald R Peterson,   Jenner & Block,   One IBM Plaza 38th Fl,   Chicago, IL 60611-3586
10976530     American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10267146     American Express.,   Acct#: 1004,   POB 360002,   Fort Lauderdale,
              Fort Lauderdale, FL 33336-0002
11086713     Bank of America N A,   Attn: Mr. M-BK,   P O Box 53160,   Phoenix AZ 85072-3160
10267147     Carson Pirie Scott,   PO Box 17633,   Baltimore, MD 21297-1633
10267148    +Chase,   Acct#: 6224,   pob 15153,   Wilmington, DE 19850-5153
10958899    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10267149    +MBNA,   Acct#: 8915,   POB 15027,   Wilmington, DE 19850-5027
10267150    +P & S Ltd Partnership,   111 W. jackson,   Chicago, IL 60604-3520
10969785    +SMC c/o HSBC Bank Nevada, NA - Carson Pirie Scott,   PO Box 19249,   Sugar Land, TX 77496-9249
10267151    +Visa,   Acct#: 1745,   PO BoX 15153,   Wilmington, DE 19850-5153

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10408399*    American Express.,   Acct#: 1004,   POB 360002,   Fort Lauderdale,
              Fort Lauderdale, FL 33336-0002
10408400*    Carson Pirie Scott,   PO Box 17633,   Baltimore, MD 21297-1633
10408401*   +Chase,   Acct#: 6224,   pob 15153,   Wilmington, DE 19850-5153
10408402*   +MBNA,   Acct#: 8915,   POB 15027,   Wilmington, DE 19850-5027
10408403*   +P & S Ltd Partnership,   111 W. jackson,   Chicago, IL 60604-3520
10408404*   +Visa,   Acct#: 1745,   PO BoX 15153,   Wilmington, DE 19850-5153
                                                                                             TOTALS: 0, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2007**          **Signature:** _Joseph Speetjens_